NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: CALIBURGER CAYMAN,
*Appellant*

---

2016-1617

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 85/810,919.

---

## JUDGMENT

---

BRADLEY J. WALZ, Winthrop & Weinstine, P.A., Minneapolis, MN, argued for appellant.

BENJAMIN T. HICKMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, CHRISTINA HIEBER, THOMAS L. CASAGRANDE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


December 9, 2016
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court